**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 107 EAL 2020

    Respondent : 

                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court

    v. : 

ALSHIEM THOMPSON, : 

    Petitioner : 

COMMONWEALTH OF PENNSYLVANIA, : No. 108 EAL 2020

    Respondent : 

                                  : Petition for Allowance of Appeal
                                : from the Order of the Superior Court

    v. : 

ALSHIEM THOMPSON, : 

    Petitioner : 

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.